THOMAS J. O'GARA and Another, Respondents, v. FRANK H. WOODS and

Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Page, J., dissenting.